NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff - Appellee,<br><br>   v.<br><br>BRIAN KEITH SILKEY-REEVES,<br><br>            Defendant - Appellant. | No. 24-6131<br><br>D.C. No.<br>4:20-cr-01994-SHR-MAA-1<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Arizona
Scott H. Rash, District Judge, Presiding

Submitted March 17, 2025**

Before:    CANBY, R. NELSON, and FORREST, Circuit Judges.

Brian Keith Silkey-Reeves appeals from the 12-month sentence imposed

following the district court's revocation of supervised release.

Silkey-Reeves's counsel filed a brief under *Anders v. California*, 386 U.S.

738 (1967), stating that there are no non-frivolous arguments for appeal. Appellant

---

\*        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*        The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

has not filed a pro se supplemental brief.

Our independent review of the record, *see Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no non-frivolous arguments to be made on direct appeal.

Counsel's motion to withdraw is granted.

**AFFIRMED.**